Ramit Mizrahi (SBN 233315)
**MIZRAHI LAW, APC**
201 S Lake Avenue, Suite 305
Pasadena, CA 91101
(626) 380-9000
(626) 606-3999 (fax)
ramit@mizrahilaw.com

Attorneys for Plaintiff
PATRICIA WALKER

James S. Brown (SBN 135810)
Anjuli M. Cargain (SBN 270546)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
(415) 957 3000
(415) 957 3001 (fax)
jamesbrown@duanemorris.com
amcargain@duanemorris.com

Attorneys for Defendants
BRICKELL SUBSIDIARY, INC. d/b/a BRICKELL BIOTECH, INC., REGINALD HARDY, and ANDREW SKLAWER

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WALKER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BRICKELL SUBSIDIARY, INC. d/b/a BRICKELL BIOTECH, INC., a Delaware Corporation; REGINALD HARDY, an individual; ANDREW SKLAWER, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02540-RSWL-MRW<br><br>**NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>State Court Action Filed: 1/27/20<br>Removal Filed: 3/17/20 |

1
NOTICE OF SETTLEMENT AND STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

# STIPULATION

WHEREAS, Plaintiff Patricia Walker ("Plaintiff") and Defendants Brickell Subsidiary, Inc. d/b/a Brickell Biotech, Inc., Reginald Hardy, and Andrew Sklawer ("Defendants") (with Plaintiff, the "Parties"), have reached a settlement in this action, which was fully executed by the Parties on September 4, 2020; and

WHEREAS, the Parties have agreed that this action will be dismissed with prejudice, with all Parties to bear their own costs and attorney fees;

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

DATED: September 25, 2020     MIZRAHI LAW, APC

By:     /s/ Ramit Mizrahi
    Ramit Mizrahi
    Attorneys for Plaintiff,
    PATRICIA WALKER

DATED: September 25, 2020     DUANE MORRIS LLP

By: /s/ James S. Brown
    James S. Brown
    Anjuli M. Cargain
    Attorneys for Defendants,
    BRICKELL SUBSIDIARY, INC. d/b/a BRICKELL BIOTECH, INC., REGINALD HARDY, and ANDREW SKLAWER

Pursuant to L.R. 5-4.3.4(a)(2)(1), I hereby attest that all signatories listed concur in this filing's content and has authorized its filing.

By: */s/ Ramit Mizrahi*
Ramit Mizrahi